1  ROBERT S. LARSEN, ESQ.
   Nevada Bar No. 7785
2  **GORDON & REES LLP**
   300 South Fourth Street Suite 1550
3  Las Vegas, Nevada 89101
   Telephone: (702) 577-9300
4  Direct: (702) 577-9301
   Facsimile: (702) 255-2858
5  Email: rlarsen@gordonrees.com

6  *Attorneys For: Defendant*
   *AETNA LIFE INSURANCE COMPANY*

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REESE GNEITING and MEGAN GNEITING, | CASE NO. 16-cv-02317-JCM-PAL |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Reese Gneiting and Megan Gneiting ("Plaintiffs"), and Defendant Aetna Life Insurance Company ("Defendant"), by and through their respective attorneys of record, stipulate and agree that the above-entitled action shall be dismissed without prejudice in accordance with

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

Fed. R. Civ. P. 41(a)(2).  Each party shall bear its own attorneys' fees, prejudgment interest, and costs of suit.

| | |
|---|---|
| DATED:  February 1, 2017. | DATED:  February 1, 2017. |
| GORDON & REES LLP | DAY & NANCE |
| */s/ Robert S. Larsen* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> 300 South 4th Street, Suite 1550 <br> Las Vegas, Nevada  89101 <br> *Attorneys for Defendnat* | */s/ Steven L. Day* <br> Steven L. Day, Esq. <br> James R. Nance, Esq. <br> **DAY & NANCE** <br> 1060 Wigwam Parkway <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 3, 2017